UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23363-ALTMAN

**JESUS GONZALEZ**,

    *Plaintiff*,

v.

**ARAYA, INC.**,

    *Defendant*.

_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 9] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on October 5, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record